01
02
03
04
05
06
07                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09  UNITED STATES OF AMERICA,        )   CASE NO.: 05-426M
                                     )
10          Plaintiff,               )
                                     )
11          v.                       )   DETENTION ORDER
                                     )
12  JASON SMITH,                     )
                                     )
13          Defendant.               )
    _____)
14

15  <u>Offense charged</u>:

16          Conspiracy; Dealing in Firearms without a License; Person under Indictment in Possession

17  of a Firearm; Possession of a Machine Gun

18  <u>Date of Detention Hearing</u>:    September 2, 2005

19          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

21  that no condition or combination of conditions which defendant can meet will reasonably assure

22  the appearance of defendant as required and the safety of other persons and the community.

23          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

24          (1)     The defendant is charged by Complaint with conspiring to export firearms to

25  Canada without an export license by giving money to another person to purchase firearms in the

26  United States on his behalf, causing them to be transported to Canada, and related firearms

01  charges. The defendant is charged in this District in another matter, CR-05-210 RSM for
02  Conspiracy to Distribute Marijuana, to which he pled guilty on July 29, 2005. Sentencing is set
03  for October 14, 2005 before the Honorable Ricardo S. Martinez. The defendant was on pretrial
04  supervision for that matter at the time he was arrested on the instant charges. He has stipulated
05  to revocation of his appearance bond in that case.

06    (2) In the Pretrial Services Report of May 9, 2005, criminal records are cited that
07  reflect prior offenses including failures to report, violation of a protection order, and a concealed
08  weapons charge.

09    (3) The defendant does not contest detention.

10    (4) There does not appear to be any condition or combination of conditions that will
11  reasonably assure the defendant's appearance at future Court hearings while addressing the danger
12  to other persons or the community.

13  It is therefore ORDERED:

14    (1) Defendant shall be detained pending trial and committed to the custody of the
15       Attorney General for confinement in a correction facility separate, to the extent
16       practicable, from persons awaiting or serving sentences or being held in custody
17       pending appeal;

18    (2) Defendant shall be afforded reasonable opportunity for private consultation with
19       counsel;

20    (3) On order of a court of the United States or on request of an attorney for the
21       Government, the person in charge of the corrections facility in which defendant is
22       confined shall deliver the defendant to a United States Marshal for the purpose of
23       an appearance in connection with a court proceeding; and

24  / / /
25  / / /
26  / / /

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  2nd  day of September, 2005.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91